

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 07 2020 ★
BROOKLYN OFFICE

DANTE JONES, individually and in behalf of all other persons similarly situated,

Plaintiff,

–against–

MILK RIVER CAFE, LLC, d/b/a MILK RIVER CAFE; BRUCE LYEW; and LA-NIECE LYEW; jointly and severally,

Defendants.

17 CV 3120 (SMG)

JUDGMENT

An Order of Honorable Steven M. Gold, United States Magistrate Judge, having been filed on January 6, 2020, granting motion for judgment based on settlement; it is

ORDERED and ADJUDGED that the plaintiff Dante Jones does recover of the defendants Milk River Cafe, LLC, d/b/a Milk River Cafe; Bruce Lyew; and La-Niece Lyew, jointly and severally, $19,000.00, inclusive of costs and attorneys' fees, plus prejudgment interest of $346.68, plus post-judgment interest pursuant to 28 U.S.C. § 1961; that the Law Office of Justin A. Zeller, P.C. does recover of the defendants Milk River Cafe, LLC, d/b/a Milk River Cafe; Bruce Lyew; and La-Niece Lyew, jointly and severally, $10,000.00, plus prejudgment interest of $182.47, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and that pursuant to sections 198(4) and 663(4) of the New York Labor Law, if any such amounts of this judgment remain unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent.



Dated: Brooklyn, New York  
January 7, 2020

Douglas C. Palmer  
Clerk of Court

By: */s/Jalitza Poveda*  
Deputy Clerk